JS6

1  RINA CARMEL (Bar No. 208311)
     rc@amclaw.com
2  DAVID J. BILLINGS (Bar No. 175383)
     djb@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   707 Wilshire Boulevard, Suite 4000
4  Los Angeles, California 90017-3623
   TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
5
   Attorneys for Plaintiff SAFECO INSURANCE
6  COMPANY OF AMERICA

7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | SAFECO INSURANCE COMPANY     | Case No. 2:21-cv-05505 RGK (KSx)
   | OF AMERICA,                  |
12 |                              | [PROPOSED] JUDGMENT
   |         Plaintiff,           |
13 |                              | [Lodged concurrently with Motion]
   |     vs.                      |
14 |                              | Date:   May 23, 2022
   | RONALD DAVIS, et al.,        | Time:   9:00 a.m.
15 |                              | Crtrm.: 850
   |         Defendants.          |
16

17

18         ~~Pursuant to the Court's~~ **June 3**, ~~2022 Order granting the Motion for Summary~~

19 ~~Judgment filed by Plaintiff Safeco Insurance Company of America~~

20 ~~("Safeco"),~~

21         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

22 allegations by Daniel Orozco-Diaz ("Orozco-Diaz") against Ronald Davis a/k/a

23 Ronald Glen Davis ("Davis") in the underlying action, captioned *Orozco-Diaz v.*

24 *Davis*, Los Angeles Superior Court Case No. BC702202 ("Underlying Action"), are

25 not covered for defense or indemnity under Renters Policy no. OA412461, issued

26 by Safeco to Davis for the policy period April 8, 2018 to April 8, 2019 ("Renters

27 Policy"), or under California Personal Auto Policy no. A3128276, issued by Safeco

28 to Davis for the policy period July 14, 2017 to July 14, 2018 ("Auto Policy").

2538930 1 05472-168

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Safeco does not have, and has never had, any duty to defend or indemnify Davis with respect to the Underlying Action under the Renters Policy.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Safeco does not have, and has never had, any duty to defend or indemnify Davis with respect to the Underlying Action under the Auto Policy, and Safeco may withdraw from the defense of Davis with respect to the Underlying Action.

~~IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Safeco is entitled to reimbursement from Davis for the costs and fees incurred by Safeco in defending Davis, under the Auto Policy, with respect to the Underlying Action, in an amount subject to proof.~~

Judgment shall be entered in favor of Safeco, and against Davis and Orozco-Diaz, on the first, second, third, and fourth causes of action in Safeco's Complaint for Declaratory Relief.  ~~Judgment shall be entered in favor of Safeco, and against Davis, on the fifth cause of action in Safeco's Complaint for Declaratory Relief.~~ Safeco shall have its costs of suit, with 50% of said costs to be paid by Davis, and 50% of said costs to be paid by Orozco-Diaz.

**Further, having determined that there is no duty to defend or indemnify Davis, and having found the requirements of C.D. Cal. L.R. 55-1 met and the *Eitel* Factors satisfied, the Court GRANTS Safeco's Motion for Default Judgment as to the first, second, third, and fourth causes of action in Safeco's Complaint for Declaratory Relief. Accordingly, Davis is bound by the Judgment.** \*\*

DATED: June 17, 2022, 2022

\*\* The clerk shall close this case. All pending items are vacated.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE